UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MILTON GREEN,**

    **Plaintiff,**

vs.                     Case No. 8:11-CV-190-T-27EAJ

**FLORIDA UNEMPLOYMENT APPEALS
COMMISSION, et al.,**

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 3) recommending that Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice and Plaintiff's construed Application to Proceed *in forma pauperis* (Dkt. 2) be denied without prejudice. Plaintiff filed no objections to the Report and Recommendation and the time for doing so has expired. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Complaint (Dkt. 1) is **DISMISSED**.

3) Plaintiff's Application to Proceed *in forma pauperis* (Dkt. 2) is **DENIED** without prejudice.

4) Plaintiff shall file an Amended Complaint within **twenty (20) days** of the date of this Order, failing which this case will be dismissed without further notice for lack of subject manner

1

jurisdiction or failure to state a claim for relief or both.

5) The Amended Complaint shall include (a) a short and plain statement of Plaintiff's claims, clearly indicating the Defendants against whom each claim is asserted, the event or events upon which each claim is based, and what each Defendant did or failed to do and how each Defendant's act or omission injured Plaintiff; and (b) a short and plain statement of the basis for federal subject matter jurisdiction.

**DONE AND ORDERED** in chambers this 4th day of February, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Plaintiff
Counsel of Record